No. 82–820. BRIGHAM YOUNG UNIVERSITY *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari granted, judg-

ment vacated, and case remanded to consider the question of mootness presented by the memorandum for respondents filed December 8, 1982. ▮